IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN DOE S. DL., | Case No. 2:19-cv-5418 |
| Plaintiff, | JUDGE MICHAEL H. WATSON |
| v. | CHIEF MAGISTRATE JUDGE |
| | ELIZABETH P. DEAVERS |
| THE OHIO STATE UNIVERSITY, | |
| Defendant. | |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), Plaintiff JOHN DOE S.DL. and Defendant The Ohio State University ("OSU") hereby stipulate to the **DISMISSAL WITH PREJUDICE** of any and all claims which have been, could have been, or should have been asserted against OSU in the Complaint. The parties will bear their own attorneys' fees, costs and expenses.

**Stipulated And Agreed To By:**

Attorney for Plaintiff:

*/s/ ROBERT J. LANTZY*
ROBERT J. LANTZY (0078643)
Buckfire Law Firm
29000 Inkster Road, Ste. 150
Southfield, MI 48034
(248) 569-4646
(248) 569-6737
robert@buckfirelaw.com

*Counsel for Plaintiff*

Attorney for Defendant:

DAVID A. YOST
ATTORNEY GENERAL OF OHIO

*/s/David J. Barthel*
Michael H. Carpenter (0015733) (Trial Attorney)
Timothy R. Bricker (0061872)
Jennifer A.L. Battle (0085761)
David J. Barthel (0079307)
Stephen E. Dutton (0096064)
Carpenter Lipps and Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, OH 43215
Phone: (614) 365-4100
Fax: (614) 365-9145
E-mail: carpenter@carpenterlipps.com

00636084

        bricker@carpenterlipps.com
        battle@carpenterlipps.com
        barthel@carpenterlipps.com
        dutton@carpenterlipps.com

*Special Counsel for Defendant*
*The Ohio State University*

00636084